## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
ABC,

                     Plaintiff,                                       25 **CIVIL** 3169 (LTS)

      -against-                                                **JUDGMENT**

DEF, ET AL.,

                   Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated May 30, 2025, and the Court's Order dated June 25, 2025, the action is dismissed in its entirety without prejudice. Plaintiff's applications for relief are denied, and her attempted removal of her pending Family Court proceedings within this closed federal civil action is ineffective. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      June 26, 2025

                                                              **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**